**United States District Court**
For the Northern District of California

1
2
3                   IN THE UNITED STATES DISTRICT COURT
4
5              FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7   PATRICK A. MISSUD,
8              Plaintiff,                    No. C 15-mc-80227 WHA
9       v.
10  WILLIAM ELFVING, *et al*.,               **ORDER RE PAPERS**
                                             **SUBMITTED BY PATRICK**
11             Defendant.                    **MISSUD ON AUGUST 31**
                                    /
12

13       In 2012, Attorney Patrick Missud was declared a vexatious litigant. *Missud v. San*

14  *Francisco Superior Court*, No. 12-cv-3117, 2012 U.S. Dist. Lexis 137351, at *9–10 (N.D. Cal.

15  Sept. 24, 2012).  In 2013, the vexatious litigant order was expanded to make all of Missud's

16  filings in this district subject to pre-filing review by the under-signed. *Missud v. National Rifle*

17  *Association*, No. 13-mc-80263, Dkt. No. 4 (N.D. Cal. Dec. 2, 2013).

18       Missud has submitted a complaint for pre-filing review, which began with an explanation

19  of Missud's "[c]ompliance with and analysis of Al$up'$ $elf-$erving order crafted to conceal his

20  own & colleague$' judicial racketeering" (Pl.'s Mtn. at 2).  To the extent comprehensible,

21  Missud's filing seeks an order enjoining a bail hearing scheduled to occur in state court (Pl.'s

22  Mtn. at 14).  Apart from statements that certain public officials are Nazis or should be executed

23  for sedition, Missud's complaint is no more than wildly implausible allegations of corruption

24  devoid of any legally cognizable claim for relief.

25       Missud's complaint is plainly frivolous, and the Clerk is hereby **ORDERED** to return the

26  papers filed to Missud.  No action shall be filed.  Missud is hereby warned that another attempt

27  to file such papers may result in monetary sanctions.

28       **IT IS SO ORDERED.**

Dated:  August 31, 2015.


WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE