IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK A. MISSUD,

    Plaintiff,

v.

WILLIAM ELFVING, *et al.*,

    Defendant.

No. C 15-mc-80227 WHA

**ORDER RE PAPERS SUBMITTED BY PATRICK MISSUD ON AUGUST 31**

In 2012, Attorney Patrick Missud was declared a vexatious litigant. *Missud v. San Francisco Superior Court*, No. 12-cv-3117, 2012 U.S. Dist. Lexis 137351, at *9–10 (N.D. Cal. Sept. 24, 2012). In 2013, the vexatious litigant order was expanded to make all of Missud's filings in this district subject to pre-filing review by the under-signed. *Missud v. National Rifle Association*, No. 13-mc-80263, Dkt. No. 4 (N.D. Cal. Dec. 2, 2013).

Missud has submitted a complaint for pre-filing review which is identical to the complaint he filed on August 31, seeking, *inter alia* an injunction relieving him from the results of a bail hearing in Santa Clara County Court, which was scheduled for September 4. Missud did not attend that hearing and a bench warrant issued.

Missud has re-filed an identical complaint. As before, Missud's complaint is plainly frivolous, and the Clerk is hereby **ORDERED** to return the papers filed to Missud. No action shall be filed.

**IT IS SO ORDERED.**

Dated: September 18, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE